**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1520**

_____

KEVIN PETER FONSECA,

Plaintiff – Appellant,

v.

AMERICAN RED CROSS; GAIL MCGOVERN; ANGELA POWLEY; BRANDI MCLENDON; DANIELLE BOWEN; CHRISTI MATHEWSON; DELORIS WILBORN; AVIS BUTTS; DOES 1-25,

Defendants – Appellees.

_____

**No. 22-1534**

_____

KEVIN PETER FONSECA,

Plaintiff - Appellant,

v.

I.B.T. TEAMSTERS LOCAL UNION 71; ERNEST WRENN,

Defendants - Appellees.

_____

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., Max O. Cogburn, Jr., District Judges. (3:21-cv-00452-RJC-DSC; 3:21-cv-00369-MOC-DCK)

_____

Submitted:  October 18, 2022                                    Decided:  October 20, 2022

---

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kevin Peter Fonseca, Appellant Pro Se.  Joshua Ryan Adams, JACKSON LEWIS PC, Charlotte, North Carolina; Trisha Suzanne Pande, PATTERSON HARKAVY, LLP, Chapel Hill, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Peter Fonseca appeals the district court's orders dismissing his complaints that challenged the American Red Cross' decision to terminate his employment and the adequacy of his union's representation in the subsequent grievance proceedings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fonseca v. Am. Red Cross*, No. 3:21-cv-00452-RJC-DSC (W.D.N.C. Apr. 19, 2022); *Fonseca v. I.B.T. Teamsters Loc. Union 71*, No. 3:21-cv-00369-MOC-DCK (W.D.N.C. May 9, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*